## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

DARYL P. TARPLEY,                       :
                                        :   Civil Action No. 05-2321 (JBS)
            Plaintiff,                   :
                                        :
              v.                         :   **ORDER**
                                        :
STATE OF NEW JERSEY,                     :
et al.,                                  :
                                        :
            Defendants.                  :

For the reasons expressed in the Opinion filed herewith,

IT IS on this ___**31st**___ day of ___**January**___, **2006**,

ORDERED that Plaintiff's application to proceed in forma pauperis is hereby granted pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

ORDERED that the Clerk of the Court shall file the Complaint without prepayment of fees or security; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail upon the Attorney General of the State of New Jersey and the warden of Salem County Correctional Facility; and it is further

ORDERED that all claims against the State of New Jersey and the Salem County Superior Court are DISMISSED WITH PREJUDICE; and it is further

ORDERED that all remaining claims are DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that Plaintiff is assessed a filing fee of $250.00 which shall be deducted from Plaintiff's institutional account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), until the $250.00 fee is paid, each month that the amount in Plaintiff's prison account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from his institutional account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to Plaintiff's institutional account, with each payment referencing the civil docket number of this action.

**s/ Jerome B. Simandle**
Jerome B. Simandle
United States District Judge